UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DE GUIA *et al.*,<br><br>　　　　　Defendants. | Case No.  C07-5667BHS<br><br>ORDER UNSEALING<br>TWO DOCUMENTS AND<br>STAYING THIS ACTION |

This action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed two document since this action was removed from Superior Court (Dkt. # 11 and 12). Dkt. # 11 is an answer to a counter claim. The court orders (Dkt. # 11) UNSEALED**.**  Dkt. # 12 is a response to Pierce County defendants motion to dismiss.  The court orders (Dkt. # 12) UNSEALED**.**

The court has read the complaint filed by Mr. Marks in this case.  The court finds the complaint to contain several claims and issues that have previously been litigated in other cases decided in this court.

ORDER
Page - 1

1 **THE COURT ORDERS THIS ACTION STAYED. The parties are instructed to file no further**
2 **pleadings in this action until a Report and Recommendation is issued by the court.**

3  The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

6  DATED this 19 day of December, 2007.

<pre>
                            /S/ J. Kelley Arnold
                            J. Kelley Arnold
                            United States Magistrate
</pre>