UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

        Plaintiff,

v.

DE GUIA, *et al.*,

        Defendants.

Case No.  C07-5667BHS/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold and the remaining record, and no objections to the report and recommendation having been filed, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Defendant Pierce County Sheriff's motion to dismiss for lack of service is **DENIED**.  The motion to dismiss the action for failure to state a claim is **GRANTED**.  Plaintiff may not maintain a civil action collaterally challenging the legality of his current custody and an action of this nature must proceed in Habeas Corpus.

(3)   The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 3rd day of March, 2008.

                                                BENJAMIN H. SETTLE
                                              United States District Judge

ORDER