UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>              Plaintiff,<br><br>    v.<br><br>DE GUIA *et al.*,<br><br>              Defendants. | Case No.  C07-5667BHS/JKA<br><br>ORDER UNSEALING ONE DOCUMENT |

    This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one document since entry of the last order (Dkt. # 21). Dkt. # 21 is a motion to voluntarily dismiss this action. Dkt. # 21 is now **UNSEALED.**

    The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

    DATED this 11 day of March, 2008.

                                            /S/ *J. Kelley Arnold*
                                          J. Kelley Arnold
                                          United States Magistrate